UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Kerry McCarty, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  Case No. 4:21CV00428 MTS |
| | ) |
| Syngenta Crop Protection LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

The above styled and numbered case was opened on April 13, 2021 and randomly assigned to the Honorable Matthew T. Schelp, United States District Judge.

However, it was determined the case should have been opened as a Northern Division Case.

Additionally, a review of the case reflects that the Original Filing Form filed by counsel for plaintiff states: **"This Same Cause, Or A Substantially Equivalent Complaint, Was Previously Filed In This Court As Case Number 4:21-cv-00425 MTS And Assigned To The Honorable Judge Matthew T. Schelp."**

Accordingly,

IT IS THEREFORE ORDERED that the above-styled cause is reassigned to the Northern Division and the Honorable Matthew T. Schelp, United States District Judge.

GREGORY J. LINHARES
CLERK OF COURT

Dated: April 14, 2021

By: /s/Michele R. Crayton
Court Services Manager

**In all future documents filed with the Court, please use the following case number 2:21-CV-00030-MTS**